

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| | |
|---|---|
| Joe Hand Promotions, Inc.<br><br>*Plaintiff(s)*<br>v.<br>Roosters Cocktails, Inc. and Three J's Enterprises, Inc. d/b/a Roosters Sports Bar, Auston B. Mann,<br><br>*Defendant(s)* | Civil Action No. 23-cv-00280-GKF-SH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Auston B. Mann
7875 E. 71st Street
Tulsa, OK 74133

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Ryan R. Janis, Esq.
Jekielek & Janis
203 E. Pennsylvania Blvd.
Feasterville, PA 19053

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT    Mark C. McCartt, Clerk

Date: JUL 0 7 2023

*Signature of Clerk or Deputy Clerk*

mailed to atty

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| | |
|---|---|
| Joe Hand Promotions, Inc. <br><br> *Plaintiff(s)* <br> v. <br> Roosters Cocktails, Inc. and Three J's Enterprises, Inc. d/b/a Roosters Sports Bar, Auston B. Mann, <br><br> *Defendant(s)* | Civil Action No. 23-cv-00280-GKF-SH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Three J's Enterprises, Inc. d/b/a Roosters Sports Bar
7875 E. 71st Street
Tulsa, OK 74133

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Ryan R. Janis, Esq.
Jekielek & Janis
203 E. Pennsylvania Blvd.
Feasterville, PA 19053

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Mark C. McCartt, Clerk
CLERK OF COURT

Date: JUL 07 2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Oklahoma

| | |
|---|---|
| Joe Hand Promotions, Inc. <br><br> *Plaintiff(s)* <br> v. <br> Roosters Cocktails, Inc. and Three J's Enterprises, Inc. d/b/a Roosters Sports Bar, Auston B. Mann, <br><br> *Defendant(s)* | Civil Action No. 23-cv-00280-GKF-SH |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Roosters Cocktails, Inc. d/b/a Roosters Sports Bar
7875 E. 71st Street
Tulsa, OK 74133

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Ryan R. Janis, Esq.
Jekielek & Janis
203 E. Pennsylvania Blvd.
Feasterville, PA 19053

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Mark C. McCartt, Clerk

Date: JUL 0 7 2023

*Signature of Clerk or Deputy Clerk*